UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MATTHEW QUITTO,

        Plaintiff,

vs.                            Case No.  2:06-cv-286-FtM-29DNF

BAY COLONY GOLF CLUB, INC.,

        Defendant.
_____

**OPINION AND ORDER**

     This matter comes before the Court on Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, New Trial (Doc. #165), filed on October 12, 2007. Plaintiff filed a Memorandum in Opposition (Doc. # 168) on October 25, 2007.

     In ruling on defendant's motion under Fed. R. Civ. P. 50(b) and 59, the issue for the Court is whether there was sufficient evidence from which a reasonable jury could find for the party who prevailed at trial. Chaney v. City of Orlando, Fla., 483 F.3d 1221, 1228 (11th Cir. 2007). The Court looks at the record evidence drawing all inferences in favor of the nonmoving party. Collado v. UPS, 419 F.3d 1143, 1149 (11th Cir. 2005). A Rule 50 motion may not be granted if reasonable and fairminded persons in the exercise of impartial judgment might reach different

conclusions from the evidence at trial. Walls v. Button Gwinnett Bancorp, Inc., 1 F.3d 1198, 1200 (11th Cir. 1993).

As to the purely legal issues, the Court concludes that the Americans with Disabilities Act (ADA) does not preempt plaintiff's claim of disability discrimination under the Florida Civil Rights Act (FCRA) based upon perceived disability. Greene v. Seminole Elec. Coop., Inc., 701 So. 2d 646, 647 (Fla. 5th DCA 1997) has found such a claim proper. The Court finds no reason to believe the Florida Supreme Court will determine otherwise, since it has not done so in the ten years Greene has been the law in Florida. The Court also rejects defendant's alternative argument that this claim must be dismissed under the "private club" exception. While such an exception is contained in the ADA, it is not contained in the FCRA. Additionally, a district court is not at liberty to disregard D'Angelo v. Con Agra Foods, Inc., 422 F.3d 1220 (11th Cir. 2005).

Additionally, the Court finds that the record evidence supports a finding that plaintiff was perceived by defendant as having a disability, that he was a qualified individual under the ADA, that defendant's stated reason for termination was pretextual, and that plaintiff has adequately established his Family Medical Leave Act interference claim. Therefore, the motion will be denied.

Accordingly, it is now

**ORDERED:**

Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, New Trial (Doc. #165) is **DENIED**

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of November, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies: Counsel of record